**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**AYATOLLAH ORAFAN; et al.**

**Plaintiffs,**

vs.                                                              9:95-CV-318(PAM/GJD)

**CYRIL RASHID; et al.**

**Defendant(s)**

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JAN 3 1 2006
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

## ORDER

Pursuant to an order of this Court issued by the Hon. Paul A. Magnuson on January 17, 2006, **HUSSEIN I. RAZI-BEY #86-A-7405,** one of the plaintiffs in the above entitled action, has been directed to appear at **8:30 A.**M. on **February 27, 2006,** at the United States Courthouse at **Albany**, New York, for the purpose of attending a trial relative to the above-entitled case.  It appears that the plaintiff is presently incarcerated at **AUBURN CORRECTIONAL FACILITY**, and it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued for the purpose of securing the presence of the plaintiff at said proceeding.  Therefore, it is

**ORDERED** that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum directing the Superintendent of the facility above named where said plaintiff is currently housed, or his deputies, to deliver said plaintiff to the Courthouse on the date and time specified above.

**ORDERED** that the original and certified copies of said writ be delivered to the United States Marshal or his authorized deputy for service upon the Superintendent of the named institution.

**FURTHER ORDERED** that in the event the action is settled prior to trial, it shall be incumbent upon the Attorney General or his authorized representative to notify the designated institution where plaintiff is housed and cancel such writ to produce.

DATED:  January 31, 2006

**Hon. Frederick J. Scullin, Jr.**
**Chief U. S. District Judge**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**AYATOLLAH ORAFAN; et al.,**
                                        Plaintiffs,


                    vs.                                    9:95-CV-318
                                                           (PAM/GJD)

**CYRIL RASHID; et al.,**
                                        Defendants.

---

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   Superintendent, Auburn Correctional Facility

GREETINGS:

THE SUPERINTENDENT OF **AUBURN CORRECTIONAL FACILITY** IS HEREBY COMMANDED TO PRODUCE **HUSSEIN I. RAZI-BEY, Id. #86-A-7405**, under safe and secure conduct, to the **United States Courthouse & Federal Building, Albany, NY** to appear before the Honorable Paul A. Magnuson on February 27, 2006, at **8:30 AM** and any other day needed until the completion of trial for the purpose of appearing, participating and testifying at trial in this court.  **HUSSEIN I. RAZI-BEY #86-A-7405**, by you imprisoned and detained, may be returned to the State Facility upon the completion of the trial.  **The prisoner at all times is to remain subject to the confinement imposed upon him by the State of New York**.

        And have you then and there this Writ:

**WITNESS, HON. Paul A. Magnuson**, U. S. District Court, Northern District of New York, this 31st day of January, 2006.

Clerk of Court